MORTON FREDERICK, Respondent, v. ARTHUR AUTLER, Appellant, and Others, Defendants.— Order and judgment reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the record shows that there are issues which can only be determined upon a trial of the action. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

MARIA GRAF, as Administratrix, etc., of WILLIAM J. GRAF, Deceased, Respondent, v. FRANK MAZZELLA, Appellant.*— Judgment and order reversed on the law, with costs, and complaint dismissed, with costs. The proceedings before the Industrial Board are a bar to this action. There was a finding therein that decedent met his death while in the employ of defendant. That no award was made to decedent's parents, the next of kin in this action, does not change the result. (Shanahan v. Monarch Engineering Co., 219 N. Y. 469.) Lazansky, P. J., Carswell and Davis, JJ., concur; Kapper and Hagarty, JJ., dissent and vote to affirm upon the ground that on the record before us it appears that the decedent was not an employee of the defendant, and the jury by its verdict has so found, that the application for compensation was the result of an innocent mistake, and that there has been, as a matter of fact, no compensation paid to those who would otherwise be entitled to it.

JEANETTE GRUSCHAW, Appellant, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

HARRY HANSEN, an Infant, by OTTO HANSEN, His Guardian ad Litem, Respondent, v. HENRY STOLL, JR., by His Guardian ad Litem, HENRY STOLL, SR., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

HEATING AND PLUMBING FINANCE CORPORATION, Respondent, v. MOSES FRIEDMAN, Defendant, and 222–224 METROPOLITAN AVENUE CORPORATION, Appellant.† — Order denying motion of defendant 222–224 Metropolitan Avenue Corporation for judgment on the pleadings, dismissing the complaint, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

HEGARTY, SILVER & CARRANO, INC., Respondent, v. PASQUALE CIRIGLIANO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

HILL ROAD REALTY CO., INC., Appellant, v. THE WESTCHESTER TRUST COMPANY, Respondent.— Order of the City Court of Yonkers denying plaintiff's motion for judgment on the pleadings affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

*Affd., 264 N. Y. 581.        † Revd., 264 N. Y. 285.